MARGARET H. THORN, Appellant, *v.* ELIZABETH H. THORN, as Executrix of WILLIAM E. THORN, Deceased, Respondent.

Submitted February 24, 1942; decided April 16, 1942.

*Charles P. Maloney* for appellant.

*H. Duane Bruce* and *Joseph P. Rogers* for respondent.

Order affirmed, without costs. First question certified not answered. Second question certified answered in the negative. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.